# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| In re: | § | |
| --- | --- | --- |
| | § | |
| Romag, Brandi L. | § | Case No. 12-00815 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ ____ as interim compensation and now requests a sum of $ ____ , for a total compensation of $ ____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ ____ , and now requests reimbursement for expenses of $ ____ , for total expenses of $ ____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-00815 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | Romag, Brandi L. | | | Date Filed (f) or Converted (c): | 01/11/12 (f) |
| | | | | 341(a) Meeting Date: | 02/15/12 |
| For Period Ending: | 08/03/12 | | | Claims Bar Date: | 07/18/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family residence 204 McArthur Blvd. Mt. Pro | 350,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Single-family residence 2005 N. Elm St. Mt. Prospe | 130,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Checking, Northview Bank & Trust, Northfield, IL | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. Ordinary contents of 4 bedroom home | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. One Adult | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. Wedding band | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7. Glock 19, 9 mm | 200.00 | 0.00 | | 0.00 | 0.00 |
| 8. Term only | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9. ICMA | 25,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. Pension | 0.00 | Unknown | | 0.00 | Unknown |
| 11. 2009 BMW 328XI | 26,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. TAX REFUND (u) | 0.00 | 4,715.00 | | 4,715.00 | 0.00 |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.06 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $533,400.00 $4,715.00 $4,715.06 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / /     Current Projected Date of Final Report (TFR): / /

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*     Ver: 16.06d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-00815 -JPC | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | Romag, Brandi L. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******5389  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7463 | | |
| For Period Ending: | 08/03/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 06/11/12 | | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-003 | 4,715.00 | | 4,715.00 |
| * 06/11/12 | | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-003 | -4,715.00 | | 0.00 |
| 06/11/12 | | Dan Romag<br>204 N. MacArthur Blvd<br>Mount Prospect, IL 60056 | RCPTS - LIQUID. OF PERSONAL PROP. | 1124-000 | 4,715.00 | | 4,715.00 |
| 06/29/12 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 4,715.02 |
| 07/31/12 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,715.06 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 6.18 | 4,708.88 |

Page Subtotals    4,715.06    6.18

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 16.06d

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-00815 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | Romag, Brandi L. | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5389  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7463 | | | |
| For Period Ending: | 08/03/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 4,715.06 | 6.18 | 4,708.88 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,715.06 | 6.18 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,715.06 | 6.18 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - *******5389 | 4,715.06 | 6.18 | 4,708.88 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 4,715.06 | 6.18 | 4,708.88 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 16.06d

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 03, 2012 |

Case Number: 12-00815  
Debtor Name: Romag, Brandi L.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $5,124.50 | $0.00 | $5,124.50 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $16.15 | $0.00 | $16.15 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $10,274.07 | $0.00 | $10,274.07 |
| 000002<br>070<br>7100-00 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $7,612.77 | $0.00 | $7,612.77 |
| 000003<br>070<br>7100-00 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $16,235.18 | $0.00 | $16,235.18 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $5,332.27 | $0.00 | $5,332.27 |
| 000005<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $5,021.27 | $0.00 | $5,021.27 |
| 000006<br>070<br>7100-00 | Village of Mount Prospect<br>Attn: Customer Service Supervisor<br>50 S. Emerson St.<br>Mount Prospect, IL 60056 | Unsecured | | $82.71 | $0.00 | $82.71 |
| 000007<br>070<br>7100-00 | BMW Financial Services NA, LLC<br>P.O. Box 201347<br>Arlington, TX 76006 | Unsecured | | $6,763.29 | $0.00 | $6,763.29 |
| 000008<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>US Bank Nat'l Assoc. ND<br>(Harley-Davidson<br>Visa Card) by PRA Receivables Mgmt,<br>LLC<br>P.O. Box 41067<br>Norfolk, VA 23541 | Unsecured | | $836.05 | $0.00 | $836.05 |
| 000009<br>080<br>7200-00 | Becket and Lee LLP<br>c/o Capital One, N.A.<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $0.00 | $0.00 |

| Page 2 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: August 03, 2012 |

Case Number:  12-00815  Claim Class Sequence
Debtor Name:  Romag, Brandi L.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $57,298.26 | $0.00 | $57,298.26 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-00815
Case Name: Romag, Brandi L.
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Citibank, N.A. | $ | $ | $ |
| 000003 | Citibank, N.A. | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000006 | Village of Mount Prospect | $ | $ | $ |
| 000007 | BMW Financial Services NA, LLC | $ | $ | $ |
| 000008 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors            $_____

Remaining Balance                                                 $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Becket and Lee LLP | $ | $ | $ |

Total to be paid to tardy general unsecured creditors            $_____

Remaining Balance                                                $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE