**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CARROLL, CHRIS | § | Case No. 11-05295 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        CLERK OF THE U.S. BANKR. CT
        219 S. DEARBORN STREET
        7TH FLOOR
        CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/12/2012 in Courtroom 744,
        United States Courthouse
        219 South Dearborn
        Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/03/2012         By: /s/ Andrew J. Maxwell
                                                            Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:   §
         §
CARROLL, CHRIS   §   Case No. 11-05295
         §
   Debtor(s)   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 31,988.84 |
| and approved disbursements of | $ | 424.40 |
| leaving a balance on hand of[1] | $ | 31,564.44 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 3,948.88 | $ 0.00 | $ 3,948.88 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 8,681.50 | $ 0.00 | $ 8,681.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 21.53 | $ 0.00 | $ 21.53 |
| Accountant for Trustee Fees: ALAN SANCHEZ, CPA, P.C. | $ 638.75 | $ 0.00 | $ 638.75 |
| Total to be paid for chapter 7 administrative expenses | | $ | 13,290.66 |
| Remaining Balance | | $ | 18,273.78 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,469.67 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 58.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ 16,825.06 | $ 0.00 | $ 9,769.96 |
| 000002 | FIA Card Services, NA/Bank of America | $ 14,644.61 | $ 0.00 | $ 8,503.82 |
| | Total to be paid to timely general unsecured creditors | | $ | 18,273.78 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Chris Carroll  
    Debtor

Case No. 11-05295-ERW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: lhuley      Page 1 of 2      Date Rcvd: Aug 22, 2012  
                       Form ID: pdf006      Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2012.
```
db            +Chris Carroll,    57 E. Delaware Place,    Unit 2506,    Chicago, IL 60611-1640
16801945     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Chase,     Po Box 1093,    Northridge, CA 91328)
16801946      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
17180822       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16801947      +ETrade,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
16801948      +Fia Csna,    Po Box 17054,    Wilmington, DE 19850-7054
16801949       Homeowner's Association,    97 E Delaware,    Chicago, IL
16801950      +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17452936       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 23 2012 03:17:02
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 1
```

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2012**                  **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: lhuley               Page 2 of 2              Date Rcvd: Aug 22, 2012
                              Form ID: pdf006            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2012 at the address(es) listed below:

        Andrew J Maxwell    on behalf of Trustee Andrew Maxwell maxwelllawchicago@yahoo.com,
         trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com

        Andrew J Maxwell    maxwelllawchicago@yahoo.com,
         amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com

        Jaclyn H. Smith    on behalf of Trustee Andrew Maxwell jhsmith@maxwellandpotts.com,
         preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,naelipas@maxwellandpotts.com

        Mohammed O Badwan    on behalf of Debtor Chris Carroll courtinfo@sulaimanlaw.com,
         mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com

        Nicole A Elipas    on behalf of Trustee Andrew Maxwell naelipas@maxwellandpotts.com,
         maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                           TOTAL: 6