UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
CARROLL, CHRIS                      §         Case No. 11-05295
                                    §
          Debtor(s)                 §
                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4)  This case was originally filed under chapter   on             . The case was pending for    months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                          Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 1093 Northridge, CA 91328 | | | | | |
| | E*Trade 2730 Liberty Ave Pittsburgh, PA 15222 | | | | | |
| | Homeowner's Association 97 E Delaware Chicago, IL | | | | | |
| | Toyota Motor Credit 1111 W 22nd St Ste 420 Oak Brook, IL 60523 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| SANCHEZ, ALAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-05295 ERW Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CARROLL, CHRIS | Date Filed (f) or Converted (c): | 02/11/11 (f) |
| | | 341(a) Meeting Date: | 03/22/11 |
| For Period Ending: | 12/11/12 | Claims Bar Date: | 06/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 57 E. Delaware Place Chicago, IL 60611 | 567,500.00 | 32,156.00 | | 0.00 | FA |
| 2. Charels Schwab Checking | 4,000.00 | 4,000.00 | | 4,000.00 | FA |
| 3. E Trade Checking | 1,000.00 | 1,000.00 | | 109.51 | FA |
| 4. Used furniture and appliances | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Used clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6. Term Life NO CASH VALUE | 0.00 | 0.00 | | 0.00 | FA |
| 7. 401 K | 85,000.00 | 0.00 | | 0.00 | FA |
| 8. IRA | 4,000.00 | 0.00 | | 0.00 | FA |
| 9. Brokerage account with Charles Schwab | 16,000.00 | 16,000.00 | | 16,112.69 | FA |
| 10. Interactive Brokers Brokerage Account | 3,000.00 | 3,000.00 | | 2,260.77 | FA |
| 11. Anticipated tax refund | 2,000.00 | 2,000.00 | | 13,503.00 | FA |
| 12. 2010 Toyota Camry 9,000 miles | 16,800.00 | 16,800.00 | | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 2.89 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $700,800.00 $75,956.00 $35,988.86 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/11      Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-05295 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CARROLL, CHRIS | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7845 Checking Account |
| Taxpayer ID No: | *******5622 | | |
| For Period Ending: | 12/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 31,564.46 | | 31,564.46 |
| 09/14/12 | 010001 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | IN FULL AND FINAL DISTRIBUTION | 7100-000 | | 7,865.13 | 23,699.33 |
| 09/14/12 | 010002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | IN FULL AND FINAL DISTRIBUTION | 7100-000 | | 9,036.17 | 14,663.16 |
| 09/14/12 | 010003 | ALAN SANCHEZ, CPA, P.C. 3418 N. SHEFFIELD AVE. CHICAGO, IL 60657-1608 | ACCT FOR TRUSTEE FEES IN FULL AND FINAL DISTRIBUTION | 3410-000 | | 638.75 | 14,024.41 |
| 09/14/12 | 010004 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM) IN FULL AND FINAL DISTRIBUTION | 3110-000 | | 10,054.00 | 3,970.41 |
| 09/14/12 | 010005 | MAXWELL LAW GROUP, LLC 105 WEST ADAMS SUITE 3200 CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM) IN FULL AND FINAL DIST. | 3120-000 | | 21.53 | 3,948.88 |
| 09/14/12 | 010006 | ANDREW J. MAXWELL 105 W. Adams SUITE 3200 CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE IN FULL AND FINAL DIST. | 2100-000 | | 3,948.88 | 0.00 |

Page Subtotals  31,564.46  31,564.46

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 8)

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-05295 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CARROLL, CHRIS | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******7845 Checking Account |
| Taxpayer ID No: | *******5622 | | |
| For Period Ending: | 12/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 31,564.46 | 31,564.46 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 31,564.46 | 0.00 | |
| | | | Subtotal | | 0.00 | 31,564.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 31,564.46 | |

Page Subtotals      0.00      0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-05295 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | CARROLL, CHRIS | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | *******4982  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5622 |  |  |
| For Period Ending: | 12/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/31/11 | * NOTE * | Chris Carroll<br>57 E. Delaware Pl.<br>Apt 2506<br>Chicago, IL 60611 | RCPTS - LIQUID. OF PERSONAL PROP.<br>* NOTE *  Properties 3, 9, 10, 11 | 1129-000 | 31,985.97 |  | 31,985.97 |
| 09/30/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 |  | 31,986.19 |
| 10/31/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 |  | 31,986.46 |
| 10/31/11 |  | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 |  | 40.75 | 31,945.71 |
| 11/30/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 |  | 31,945.97 |
| 11/30/11 |  | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 |  | 39.39 | 31,906.58 |
| 12/30/11 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 |  | 31,906.84 |
| 12/30/11 |  | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 |  | 39.34 | 31,867.50 |
| 01/31/12 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 |  | 31,867.78 |
| 01/31/12 |  | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 |  | 41.79 | 31,825.99 |
| 02/29/12 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 |  | 31,826.24 |
| 02/29/12 |  | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 |  | 37.83 | 31,788.41 |
| 03/26/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 |  | 26.60 | 31,761.81 |
| 03/30/12 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 |  | 31,762.07 |
| 03/30/12 |  | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 |  | 39.08 | 31,722.99 |
| 04/30/12 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.27 |  | 31,723.26 |
| 04/30/12 |  | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 |  | 40.31 | 31,682.95 |
| 05/31/12 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 |  | 31,683.22 |
| 05/31/12 |  | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 |  | 40.25 | 31,642.97 |
| 06/29/12 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 |  | 31,643.22 |
| 06/29/12 |  | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 |  | 37.61 | 31,605.61 |
| 07/31/12 | 13 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.28 |  | 31,605.89 |

|  |  |  | Page Subtotals | | 31,988.84 | 382.95 | |

Ver: 17.00b

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-05295 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | CARROLL, CHRIS | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4982 Money Market - Interest Bearing |
| Taxpayer ID No: | *******5622 | | | |
| For Period Ending: | 12/11/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 41.45 | 31,564.44 |
| 08/03/12 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 31,564.46 |
| 08/03/12 | | Transfer to Acct #*******5512 | Final Posting Transfer | 9999-000 | | 31,564.46 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| | COLUMN TOTALS | | 31,988.86 | 31,988.86 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 31,564.46 | |
| | Subtotal | | 31,988.86 | 424.40 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 31,988.86 | 424.40 | |

Page Subtotals  0.02  31,605.91

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-05295 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CARROLL, CHRIS | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | *******5512 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5622 |  |  |
| For Period Ending: | 12/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/12 | | Transfer from Acct #*******4982 | Transfer In From MMA Account | 9999-000 | 31,564.46 | | 31,564.46 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 31,564.46 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 31,564.46 | 31,564.46 | 0.00 |
| Less: Bank Transfers/CD's | 31,564.46 | 31,564.46 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********7845 | 0.00 | 31,564.46 | 0.00 |
| Money Market - Interest Bearing - ********4982 | 31,988.86 | 424.40 | 0.00 |
| Checking Account (Non-Interest Earn - ********5512 | 0.00 | 0.00 | 0.00 |
| | 31,988.86 | 31,988.86 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     31,564.46     31,564.46

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*